THIS ORDER IS APPROVED.

Dated: March 8, 2021

Brenda Moody Whinery, Chief Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

DENNIS VON RONNE,

Debtor.

Chapter: 13
Case No. 4:20-bk-12016-BMW

**ORDER EXTENDING DEADLINE TO RESPOND TO TRUSTEE'S RECOMMENDATION**

Having reviewed and considered the *Motion for Extension of Time to Respond to Trustee's Recommendation*, and good cause appearing,

**IT IS HEREBY ORDERED** extending the deadline by which the Debtor must respond to the Trustee's Recommendation to March 18, 2021.

*Dated & Signed Above*